IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KINGRALE COLLINS                                                                            PLAINTIFF
ADC #SK945

v.                                          NO. 5:12CV00328 JLH

CURTIS MEINZER, *et al.*                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of October, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE